22 CV 0145 V

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

FILED
FEB 1 8 2022

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.**    **Full Name of Plaintiff:** **NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Lydia-Diane: Jones

-vs-

**B.**    **Full Name(s) of Defendant(s) NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. Add a separate sheet, if necessary*

1. Magistrate Judge Mark Grisanti          4. _____
2. Attorney Samantha Sandler               5. _____
3. Newrez / PHH Mortgage Services          6. _____
PHH Mortgage Corporation 1 Mortgage

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
### All of these sections *MUST* be answered

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Diversity of citizenship, Constitution Denial of civil rights under 42 USC 1983, 28 USC 1332.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Denial of civil rights under 42 USC 1983

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: civil complaint for unlawful judicial foreclosure. A personal injury, personal property (tort) claim Wrongful Foreclosure, violation of Due process of law under Title 42 U.S.C. 1983 (constitutional injury); Violation of "Civil Rico" Federal Racketeering laws (Title 18 U.S.C. 1964)

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Lydia Diane Jones

Present Address: 1440 Jefferson Avenue Suite 246
Buffalo, New York I 14208]

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Mark J. Grisanti

Official Position of Defendant (if relevant): Magistrate Judge

Address of Defendant: 25 Delaware Avenue
Buffalo, New York 14209

Name of Second Defendant: Samantha Sandler

Official Position of Defendant (if relevant): Attorney

Address of Defendant: 900 merchants Concourse, Suite 310
Westbury, New York 11590

Name of Third Defendant: Newrez / PHH Mortgage Services

Official Position of Defendant (if relevant): PHH MorTgage Corporation 2 Mortgage

Address of Defendant: 1661 Worthington Road Suite 100
West Palm Beach, Florida 33409

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☑   No ☐

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

2

Defendant(s): *Magistrate Judge Mack J. Grisanti; Attorney Samantha Sandler NEWREZ / PHH Mortgage Services, PH H Mortgage Corporation 2 Mortgage*

2. Court (if federal court, name the district; if state court, name the county): *Supreme court of the State of New York county of Erie*

3. Docket or Index Number: *# 800319 / 2015*

4. Name of Judge to whom case was assigned: *no judge*

5. The approximate date the action was filed: *February 9, 2022*

6. What was the disposition of the case?

Is it still pending? Yes ☑ No ☐

If not, give the approximate date it was resolved. _____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

A. **FIRST CLAIM:** On (date of the incident) *July 28, 2021*,

defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) _____

*Lydia Diane Jones*

Violation of Due Process of Law?
The Judge Grisanti ignored the fact the Attorney Failed to prove jurisdiction on the record

did the following to me (briefly state what each defendant named above did): Judge Grisanti signa judgement without prove of jurisdiction on the Record. No AFFidavit From an injured party. The attorneys Filed this illegal Foreclosure acting as a 3rd party debt collector & they are not working on behalf of the lender. Attorneys failed to file the original copy of the contract "the Note". the contract was altered & stolen. conspiracy. Trying to still my sweat equity my property. The attorney & Judge violated Federal law of the Foreign Agent Registration Act of 1938 they failed to register

The federal basis for this claim is: Violation of the Foreign Agent Registration Act of 1938, FDCPA, Due Process of Law under Title 42 U.S.C. 1983

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Due process of Law under the Fifth 6th & 7th Amendment no void judgment Return my original Deed, punitive damages as a remedy for the W/Fongfull foreclosure intentional excessively reckless

**B. SECOND CLAIM:** On (*date of the incident*) 2009, Attorney File illegal Foreclosure, defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) acting as a 3rd party debt collection. they are not working on behalf of the lender. The Attorney did not prove jurisdiction on the record. Fraud & Deception on the did the following to me (*briefly state what each defendant named above did*): Court. The promissory Note used to gain the court jurisdiction is Fraudulent. the document is being used in court as a security was never Registered. Any False Representation of material facts made with knowledge of falsity and with intent that it shall be acted on entering into contract consitutes "Fraud" And entitles party deceived to avoid contract & recover damages. No evidence

The federal basis for this claim is: Judgement must be vacated Return original Deed, No evidence on the record

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
entitles to recive Punitive damages Cease And decease all foreclosure And eviction

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

RESTRAINING ORDER - Permanent injuction
Cease And Decease All foreclosure And
eviction

Do you want a **jury trial**? Yes [✓]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  February 18, 2022
            (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

By Jones, Lyndin Deane UCC1-308
All Rights Reserved without Recourse

Signature(s) of Plaintiff(s)

Lydia Diane Jones

1440 Jefferson avenue Suite 246

Buffalo, New York [14208]

2/17/2022

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

Lydia Diane Jones]                           Request for Jury Trial

    Plaintiff                                 Reserve the Right to´Amend

    Vs.

Judge Mark J. Grisanti                        Case # <u>8003319/2015</u>
<u>Attorney Samantha Sandler</u>

Robertson, Anschutz, Schneid, Crane & Partners, PLLC]

Newrez / PHH Mortgage Services, PHH Mortgage Corporation 1 Mortgage

    Defendant's


## 17.5 MILLION DOLLAR CIVIL COMPLAINT FOR WRONGFUL FORECLOSURE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Plaintiff is before this court by special appearance, without waiving any rights, defenses, statutory or procedural processes to present her civil claim against the defendant's for wrongful foreclosure hereby complain and allege as following claims for relief under "Civil Rico" Federal Racketeering laws (Title 18 U.S.C. 1964) as the lender has established a "pattern of racketeering activity" by using the U.S. Mail more than twice to collect an unlawful debt and the defendants are in violation of Title 18 U.S.C. 1341, 1343, 1961 and 1962.

## <u>Jurisdiction:</u>

The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law. The Constitution vests federal courts with the authority to hear cases "arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## FACTS OF THE DISPUTE:

a. The fact the defendant's filed wrongful foreclosure lawsuit in State court against the plaintiff will verify the defendant's contracted to provide a loan to the plaintiff, and the defendant's owed a legal duty to the plaintiff.

b. The defendant's duty was breached because they never provided a loan to the plaintiff.

c. The alleged loan was an exchange, of the plaintiff's signed promissory note for electronic credits from Federal Reserve.

d. Promissory Notes and other commercial instruments are legal tender and financial assets to the originator and a liability to the lender. UCC §1-201(24), §3-104, §3-306, §3-105, UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511, UCC §§9-102(9), (11), (12)(B), (49), (64), 12 USC 1813(l)(1).

e. The defendant's accounting records will show the corporation has an offsetting liability to the homeowner pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR), and the alleged loan was always an asset to the defendant's.

f. These records include: a. FR 2046 balance sheet, b. 1099-OID report, c. S-3/A registration statement, d. 424-B5 prospectus and, e. RC-S & RC-B Call Schedules.

g. The corporation never registered the commercial instrument because they knew it was a financial asset to the debtor, and there was a breach.

h. The breach of contract has damaged the plaintiff in the following manner, and plaintiff is demanding compensatory damages to reimburse the plaintiff for costs associated with the injury. All of the monthly payments made on a fake loan plus interest for the number of year's payments were made, legal expenses. Sweat Equity and Equity $1,795,991.40).

i. Plaintiff also demand punitive damages as a remedy for the defendant's conduct that was intentional and excessively reckless. The wrongful foreclosure has cause negative affect on plaintiff's credit report.

j. The plaintiff also has other claims for relief because she will prove there was a conspiracy to deprive her of property without the administration of justice, in violation of plaintiff's due

process of law under Title 42 U.S.C. 1983 (Constitutional injury), 1985 (Conspiracy) and 1986 ("Knowledge" and "Neglect to Prevent" a U.S. Constitutional Wrong).

k. Under Title 18 U.S.C.A. 241 (Conspiracy), violators "shall be fined not more than $10,000 or imprisoned not more than ten (10) years or both." **The foreclosing party lacked standing to foreclose** because the alleged loan was created with the homeowner's signature on the promissory note the bank sold to the Federal Reserve for unlawful electronic credits.

l. **In this case there is no legal trustee because the promissory note and deed of trust were never registered into the trust, because it was bundled and sold during the securitizing process, and therefore uncollectable.**

m. Original Contract with the signatures of both the alleged borrower, and the lender have never been filed in court to verify there was a unilateral contract.

n. Without a certification of the accounting entries of the defendants cannot verify there was any debt.

o. It is well known in the legal community **a trust deed** is always used together with a **promissory note** that sets out the amount and terms of the alleged loan. Without an accounting of the terms, and the amount of the alleged loan filed on the court record, the State Court did not have jurisdiction to hear the case in State Court.

p. The deed of trust, and the promissory note must always be together, and without the note and the loan accounting entries, the attorney has failed to prove there was any debt. A second fatal flaw to the wrongful foreclosure.

Plaintiff's claims are brought forward Under Common Law:

### Elements for Common Law:

1. Controversy (The listed defendants)

2. Specific Claim (wrongful foreclosure)

3. Specific Remedy Sought by Claimant ($ 17.5 million dollars)

4. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## I. PARTIES:

1.1 Lydia Diane Jones, is a resident of Erie County, New York.

1.2 Option One Mortgage Corporation does business in the state of New York, and at relevant times serviced a loan acquired by Citigroup Mortgage Loan Trust, Inc. and ultimately by the Deutsche Bank National Trust Company .

1.3 Foreclosure Services is believed to be a law firm corporation operated from Westbury, New York and is in the business of conducting judicial foreclosures in Erie County, New York.

## II. FACTUAL ALLEGATIONS AND FIRST CLAIM: BREACH OF CONTRACT

2.1 On or about November 6, 2004 the plaintiffs purchased a home and obtained a mortgage loan from the Option One Mortgage Corporation, in the approximate amount $195,300.00.

2.2 The plaintiff was never provided a loan, plaintiff's signed promissory note was the source of the electronic credits claimed to be a loan to plaintiff.

2.3 The alleged loan was created with plaintiff's signature because all commercial instruments such as promissory notes, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), UCC §1-201(24), §3-104, §8-102(9), §§9-102(9), (11), (12)(B), (49), (64).

2.4 **These statutes define a promissory note or security to be negotiable (sellable) because it is a financial asset.  This is necessary because contracts requiring lawful money are illegal pursuant to Title 31 USC §5118(d) (2). All debts today are discharged by promises to pay in the future.**

2.5 Federal Reserve notes are registered securities and promises to pay in the future. They are secured by liens on promissory notes of collateral owned by real people.

2.6 The statutes do not provide the Federal Reserve Corporation a monopoly on promissory notes, as debt collectors insist.

2.7 Plaintiff's signature created the promissory note in dispute, and it was sold to the Federal Reserve in exchange for plaintiff's signed note.

2.8 Plaintiff's promissory note never became a registered security, and a financial asset that can be negotiated because for a commercial instruments to be legal tender, they must be secured by a maritime lien on a prepaid trust account recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated.

2.9 The defendant's further complicated the fraudulent process by selling their payables to another entity to remove it from their balance sheet.

3.0 **This is called securitization or off-balance sheet financing.** No loan was provided to the plaintiff, and the defendant's failed to file evidence on the record to prove a contract existed.

3.1 The original contract and an accounting of the loan entries was never filed in the wrongful foreclosure case that was filed against plaintiff's property.

3.2 The Attorney who signed the "notice of default" document to execute the power of sale clause did not have standing, and therefore notice of default has a fatal flaw, and the foreclosure judgment must be vacated and this claim granted for the full amount demanded.

### III. SCHEME TO DEFRAUD:

3.1 The contract should be rescinded because the defendant did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101

3.2 The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures. The original debt was actually zero because the Plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange.

3.3 Promissory Notes and other commercial instruments are legal tender and financial assets to the originator and a liability to the lender. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset. **But the defendant's do not understand that they have this liability because most people are unaware of it.**

a.      UCC §1-201(24), §3-104, §3-306, §3-105,

b.      UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c.       UCC §§9-102(9), (11), (12) (B), (49), (64)

d.       12 USC 1813(l(1)

3.4 The defendant's records will show the defendants have an offsetting liability to the plaintiff pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).

These records include:

a. FR 2046 balance sheet,

b. 1099-OID report,

c. S-3/A registration statement,

d. 424-B5 prospectus and

e. RC-S & RC-B Call Schedules

3.5 The defendant's never registered the plaintiff's signed promissory note (commercial instrument), because they know it is showing as a financial asset on their books.

 3.6 The defendant's did not register the promissory note to establish a security interest in the financial asset to take the position of a secured creditor.

3.7 The promissory note is not listed on a maritime lien against the prepaid trust account and filed with the county recorder and put on a UCC1.

a. §8-102(13), §9-203; §9-505, §9-312

b. 46 USC §§31321, 31343,   46 CFR 67.250, §9-102(52), §9-317, §9-322

3.8 Plaintiff demanded the original foreclosure claim to be set off for recoupment, and to have the assets cancel out the liabilities according to:

a. FAS 140, §3-305, §3-601, §8-105, §9-404

3.9 It is a violation of both State and Federal law for a bank to sell an unregistered note that is a security that violation provides a right to rescission of the contract pursuant to Statutes.

## IV. DETRIMENTAL RELIANCE:

Detrimental reliance is a legal concept under the law of contracts. Ordinarily, a valid contract requires a proper exchange of consideration between the parties.

The plaintiff alleges facts establishing detrimental reliance:

4.1 The wrongful foreclosure case (that is the result of these claims) filed against the plaintiff in State Court will verify a. A promise was made between the parties. b. The plaintiff reliance on the promise was reasonable or foreseeable. c. There was actual and reasonable reliance on the promise. d. The reliance was detrimental. Injustice can only be prevented by enforcing the promise

4.2 The plaintiff signed a lien against his property in return for a loan and no loan was ever provided.

4.3 The plaintiff was tricked into repaying 1,540.37 a month plus taxes for 18 years, when there was never any loan provided.

4.4 The unlawful lien against the plaintiff's property blocked him from selling the property and moving his family into a nicer home.

4.5 The payments made to the defendant's interfered with the Plaintiff opening his new business, providing for her children's education because of the payments made to the defendants for the fake loan.

4.6 The payments to the defendant's for the fake loan caused the plaintiff to be short of money to pay bills on time which caused the plaintiff's credit score to drop, which blocked plaintiff from getting the best financing, jobs, and plaintiff has even blocked from qualifying for housing and credit cards.

## IV. THIRD CLAIM UNLAWFUL DECEPTION IN THE ORIGINAL FORECLOSURE CASE:

4.1The promissory note used to gain the court's jurisdiction in the wrongful foreclosure is fraudulent, the document was used in court as a security when it was never registered.

4.2 The Original promissory note signed to lien the property was the real source of the alleged loan.

4.3 Fact is the money the bank is claiming was a loan was generated by the plaintiff's signature.

## V. FOURTH CLAIM RICO:

5.1 In a Debtor's RICO action against its creditor, alleging that the creditor had collected an unlawful debt, an interest rate (where all loan charges were added together) that exceeded, in the language of the RICO Statute, "twice the enforceable rate," the Court found no reason to impose a requirement that the Plaintiff show that the Defendant had been convicted of collecting an unlawful debt, running a "loan sharking" operation.

5.2 The debt included the fact that exaction of a usurious interest rate rendered the debt unlawful and that is all that is necessary to support the Civil RICO action. Durante Bros. & Sons, Inc. v. Flushing Nat. Bank, 755 F.2d 239, cert. denied, 473 US 906 (1985).

5.3 The Supreme Court found that the Plaintiff in a civil RICO action need establish only a criminal "violation" and not a criminal conviction. Further, the Court held that the Defendant need only have caused harm to the Plaintiff by the commission of a predicate offense in such a way as to constitute a "pattern of Racketeering activity." That is, the Plaintiff need not demonstrate that the Defendant is an organized crime figure, a mobster in the popular sense, or that the Plaintiff has suffered some type of special Racketeering injury; all that the Plaintiff must show is what the Statute specifically requires.

5.4 The RICO Statute and the civil remedies for its violation are to be liberally construed to effect the Congressional purpose as broadly formulated in the statute. Sedima, SPRL v. Imrex Co., 473 US 479 (1985)

## VI. FIFTH CLAIM: WRONGFUL FORECLOSURE

6.1 As a proximate result of the negligent or reckless conduct of Option One Mortgage corporation, Citigroup Mortgage Loan Trust, Inc., Citigroup Mortgage Loan Trust, Series 2005-)PTI, Deutsche Bank National Trust Company, Newrez / PHH Mortgage Services and the

attorneys Foreclosure Services the homeowners' credit has been impaired the homeowners face the eminent loss of their property despite the fact the bank never made them a loan.

6.2 The foreclosing party did not have standing to file foreclosure because they have not filed evidence on the court record to verify a loan was made and or what the amount and 40terms of the alleged loan stated.

a "Fatal Flaws" robbed the court of Jurisdiction and the wrongful foreclosure is unlawful. "Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910.

6.3 The plaintiff is seeking damages for wrongful foreclosure, and she has shown that (1) there was an irregularity in the foreclosure sale and (2) the irregularity caused the plaintiff damages. See University Sav. Ass'n v. Springwoods.

6.4 In this case there is no legal trustee because the promissory note and deed of trust was never registered into the trust, because it was bundled and sold during the securitizing process.

6.5 Unless enjoined, the plaintiffs will suffer irreparable harm and will not have an adequate remedy at law.

6.6 As a proximate result of the negligent actions of both defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

## VII. SIXTH CLAIM: SLANDER OF TITLE

7.1 The defendants have caused to be recorded various documents including a Notice of Trustee Sale which has impaired the plaintiff's title which constitutes slander of title and the plaintiff should be awarded resulting damages to be fully proved at the time of trial.

## VIII. SEVENTH CLAIM: VIOLATION OF THE CONSUMER PROTECTION ACT

8.1 The defendants have engaged in a pattern of unfair practices in violation of the New York State Revised Statutes (1829) Consumer Protection Act, 20-700 Unfair trade practices proctices et seq. entitling the plaintiff to damages, treble damages and reasonable attorney fees and costs pursuant to the statute.

## IX. EIGHT CLAIM: SLANDER OF CREDIT

9.1 The plaintiff allege that the actions and inactions of the defendants have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

## X. NINTH CLAIM INFLICTION OF EMOTIONAL DISTRESS

10.1 The defendants have intentionally or negligently taken actions which have caused the plaintiffs severe emotional distress.

## XI. THE ALLEDGED LOAN:

11.1 The exact monthly payments of the alleged mortgage loan varied according to property taxes and other fees paid but a typical monthly payment was $2,500.67 including reserves for the payment of taxes and insurance.

11.2 Beginning in November 2004 and continuing until December 2008 the plaintiffs made timely payments to OPTION ONE mortgage until such time as the loan was assigned to AMERICAN HOME MORTGAGE Servicing and, thereafter, payments were made to OCWEN LOAN Servicing, LLC Mortgage, NEWREZ C/O PHH Mortgage Services.

11.3 In early DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, SERIES 2005-OPTI, ASSET-BACKED PASS-THROUGH CERTIFICATES claimed the plaintiff was behind on payments and hired Foreclosure attorney to commence foreclosure.

11.4 On MAY1, 2009, a Notice of Default was issued and signed by the attorney working for the Foreclosure Services and approximately 30 days later a Notice of Trustee Sale scheduling a judicial foreclosure for , was transmitted to the plaintiff.

11.5 Deutsche Bank National Trust Company, as Trustee for Citigroup Mortgage Loan Trust, Series 2005-OPTI, Asset-Backed Pass-Through and/or the attorney operating the Foreclosure

Services transmitted to various credit reporting agencies, including Equifax, false adverse information about the plaintiff, causing his credit to be impaired.

**Wherefore**, having set forth various causes of action against the defendants, the plaintiffs pray for the following relief:

1. That this Court enjoin the foreclosure sale that was on December 3, 2021, based on the attorney's fraudulent misconduct mentioned in the claim.

2. That the actions of defendants be determined to be unfair and deceptive business practices in violation of Federal Laws, and Federal Security statutes;

3. To be awarded compensatory and punitive damages provided for in the amount of $25.5 million dollars including costs and legal expenses;

4. That the Plaintiff be awarded consequential damages to be fully proved at the time of trial;

5. That the Plaintiff be awarded fees and costs pursuant to the written loan agreements which bind the defendants; and

6. That the Court grant any other relief that may be just or equitable.

2/17/2022

Lydia Diane Jones UCC1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the ___17___ th day of _____, 2/17/2022, the foregoing document was filed in Court, and a copy was mailed out to Plaintiff's attorney on record.

By: Lydia Diane Jones   2/17/2022

By: Lydia Diane Jones

Without Prejudice UCC 1-308

Mailed to the following:

Attorney Samantha Sandler, Esq.                     Bureau of Consumer protection

Robertson, Anschutz, Schneid, Crane & Partners, PLLC        Federal Trade Commission

900 Merchants Concourse, Suite 310           600 Pennsylvania Ave., NW. Washington

Westbury, NY  11590

516-280-7675

**VERIFICATION:**

I' Lydia Diane Jones a living flesh and blood woman, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

By: _Jones Lydia Diane_ on this ___17___ th Day, of _February_ 2/17/2022

            Lydia Diane Jones


On this ___17___ day of _February_, 2/17/2022 before me, the undersigned, a Notary Public in and for the State of New York, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has Executed the same.


Signed: _____


Printed Name: _Timothy N. Hall_____

TIMOTHY N. HALL
Notary Public - State of New York
No. 01HA6271139
Qualified In Erie County
My Commission Expires October 29, 2024

My Commission Expires: _Oct 09, 2024_____


Date: _9/17/2022_ Common Law Seal: _____



# UNITED STATES OF AMERICA AFFIDAVIT OF CITIZENSHIP

**STATE OF NEW YORK**

**COUNTY OF ERIE**

I, the Affiant, who goes by Lydia Diane Jones, a living, flesh and blood, woman, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of New York, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and States: I'm a citizen of the United States of America and not subject to illegal property taxes collections against my private property.

I was born in the Republic State of New York, which makes me a Citizen of all states, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. This affidavit is made for the sole purpose of reclaiming my citizenship, my passport and birth certificate will be used to certify my state citizenship (these documents will be filed in court when they arrive). A State Citizen has absolute freedom and liberty protected by our founding documents. The birth certificate attached and or a copy of my state of New York Certificate of Naturalization will verify that I was born in the Republic State of New York. I'm not a citizen of the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. The term **"United States" means— (A) a Federal corporation;** see 28 USC 3002 (15), a U.S. citizen is a legal fiction / U.S. corporation and has no rights secured by the constitution. A State Citizen is a Citizen of the United States. But **not** the same as a 14th amendment "Citizen of the United States". And the 14th amendment fell two states short of being ratified. So it does not lawfully exist.

A 14th amendment citizen is born in the United States which is a federal territory and subject to congress. This is not the same as being born in one of the several states of the Union. **The United States of America is the dejure republic government, <u>not the</u> United States which is the corporation.** The preamble to the constitution establishes the United States of America, not

the United States. So we have **Two Different and Distinct National Governments**. See: *U.S. v. Anthony 24 Fed. 829 (1873) "The term <u>resident</u> and citizen of the United States (<u>this means 14th amendment citizen</u>) is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."  See case law…"Taxpayers are not [de jure] State Citizens."  Belmont v. Town of Gulfport, 122 So. 10.*

There is a great deal of confusion in this area, I hope this affidavit will clear up the misunderstanding for the parties, court and certify my State citizenship.

I believe the confusion started when my parents signed me up at birth for s social security number when my parents checked off that I was a U.S. citizen on the SS-5 application. And then I continued to claim to be a U.S. citizen not aware of the fact there were two different meaning for a state citizens. The U.S. in this case, is the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. It was created by the **congressional act of 1871**.

Also see **28 USC 3002 (15) "United States" means— (A) a Federal corporation;**

I'm being injured in that I'm being deprived rights under color of law 18 USC 241 and 18 USC-242 18 U.S. Code § 1545. Safe conduct violation, protects me as a state citizen and "Whoever violates any safe conduct or passport duly obtained and issued under authority of the United States shall be fined under this title, imprisoned not more than 10 years, or both."

I'm a State Citizen of the Republic State of New York and therefore Not subject to illegal property tax collections.


FURTHER AFFIANT SAITH NOT.

   I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of New York, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that  Lydia Diane Jones executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.


   Done this 2 day of February in the year 2022, under penalty of perjury under the laws of the United States of America.


_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

American National, Aboriginal/ Indigene

STATE OF NEW YORK        )ss.
COUNTY OF ERIE           )

Before me, the undersigned notary public, this day, personally appeared: Lydia Diane Jones,
proved to me on the basic of satisfactory evidence to be the woman before me, to affirm the
statements in the above affidavit and to attach her autograph to this instrument.  Executed under
penalty of perjury with the "United States" this     day of February 2022.

Notary Public; in and for New York

TIMOTHY  N.  HALL
Notary Public - State of New York
No. 01HA6271155
Qualified in Erie County
My Commission Expires October 29, 2024

*United States of America*

## *State of New York*
## *Department of State*

**It is hereby certified,** *that* **Bruce A. Hidley** *was Clerk of County of* **Albany** *in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of Albany*

*this 11th day of* **June Two Thousand and Eighteen**



_____
Whitney A. Clark
*Special Deputy Secretary of State*

1031858
210CC(REV. 09/25/12)

# Certificate of Naturalization

## Guale Native American Association of Nations

U.S. Department of State Authentication # 04010010-1

**Original Cherokee, Seminole, Creek, Shushuni, Washitaw,**
**Mechica, All Mound Builders**



The Treaty of Camp Holmes August 24, 1835 7 Stat., 474
With the United States of America MA'ECYNA-NAAN Record # 019-24-207

*Official Tribal Naturalization Certificate*

I declare I am Yamassee Native American.

Unless otherwise stated, I have individual knowledge of the matters contained within
this declaration. I am fully competent to testify with respect to these matters,
thereby affirm that the information below regarding me is true.



E
N
R
O
L
L
E
E

**Lydia Diane Jones**

▓▓▓▓▓▓▓▓▓▓▓▓▓

**Amherst, NY** ▓▓▓

Height:  **5'5"**

Eye Color:  **Brown**

Occupation:  **Business Owner**

Nationality:  **Yamassee Tanasi**

Date of Birth:  ▓▓▓▓▓▓▓

Naturalization No.:  ▓▓▓▓▓

I
S
S
U
I
N
G

A
U
T
H
O
R
I
T
Y

**Dept. of I.N.A.R.S.**
**GUALE NATIVE AMERICAN ASSOCIATION OF NATIONS**
**5836 Ludlow St.**
**Philadelphia, PA 19139**

SIGNATURE: *Lydia Dian Jona*  DATE: *June 5, 2018*

CERTIFICATE NO:

**YNA** ▓▓▓▓▓

NATIONAL

ISSUED FROM THE I.N.A.R.S. UNDER THE
AUTHORITY OF THE GRAND CHIEF OF
THE YAMASSEE NATIVE AMERICAN ASSOCIATION OF NATIONS

RSF0905P99-1106022 (Rev. 2-2014)

THE AUTHORIZED AFFIXED SIGNATURE ABOVE IS THAT
OF GRAND CHIEF BLACK-HAWK THUNDERBIRD
GRAND CHIEF OF THE YAMASSEE NATIVE AMERICAN
ASSOCIATION OF NATIONS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jones, Lydia Deane

**DEFENDANTS**
Greanti, Mark J.
Sandler, Samantha

**(b)** County of Residence of First Listed Plaintiff  ERIE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
None

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State  New York State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights 42 U.S.C. 1983
Brief description of cause:
Denial of civil rights under 42 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  Feb 18, 2022
SIGNATURE OF ATTORNEY OF RECORD  None  By Jones, Lydia Deane 1/00/308

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____